No. 76–6305. WHITE *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari and vacate judgment insofar as it leaves undisturbed the sentence of death. See *Gregg* v. *Georgia,* 428 U. S. 153, 227 (1976) (BRENNAN, J., dissenting); *id.,* at 231 (MARSHALL, J., dissenting).

No. 75–1198. NOLDE BROTHERS, INC. *v.* LOCAL No. 358, BAKERY & CONFECTIONERY WORKERS UNION, AFL–CIO, *ante,* p. 243;

No. 76–1054. CATANZARO *v.* CENTRAL GULF STEAMSHIP CORP. ET AL., *ante,* p. 916; and

No. 76–5881. MORALES *v.* TURMAN ET AL., *ante,* p. 322. Petitions for rehearing denied.